LAW OFFICES OF
# ALLAN P. HABER, ESQ.
220 East 73rd Street, Apt. 1DD
New York, New York 10021

**OF COUNSEL**
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

**TELEPHONE:** 917-374-4666
**E-MAIL:** allan@haberesq.com

**ASSOCIATE**
JACOB BARCLAY MITCHELL, ESQ.

April 8, 2021

Hon. Richard J. Sullivan
United States District Court, SDNY
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Mizell, et al. (Tyre Davis)
    Ind. No. 14-Cr.-212(RJS)

Dear Judge Sullivan:

    Please accept this letter as a formal motion to ask permission to be removed from the ECF notifications on the above captioned case. I have not represented Mr. Davis for a number of years now and I am no longer on the CJA panel as I have retired.

    Thank you for your consideration.

                                                               Respectfully,

                                                       _____s/s_____
                                                       Allan Haber, Esq.

---

In light of the fact that this case is closed and Mr. Haber has not represented Defendant for several years, the Clerk of Court is respectfully directed to remove Mr. Haber as counsel of record and discontinue all further ECF notifications.  The Court extends its best wishes to Mr. Haber in his retirement.

SO ORDERED.
Dated: April 8, 2021
New York, New York

                                                 RICHARD J. SULLIVAN
                                                 UNITED STATES CIRCUIT JUDGE
                                                 Sitting by Designation