UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　-v-<br><br>TYRE DAVIS,<br><br>　　　　　　　　Defendant. | No. 14-cr-212 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　The Court is in receipt of two undated letters filed by Defendant Tyre Davis that ask the Court (1) to "place" him on a "writ" so he can be re-sentenced or have his warrants cleared, and (2) to "make a recommendation" to the Bureau of Prisons ("BOP") under 18 U.S.C. § 3621(b), which authorizes the BOP to select the place of imprisonment for each federal inmate. (Doc. No. 1082.) The Court concludes that neither letter makes a cognizable request for relief.

　　The Court sentenced Davis in November 2019 to a term of two years' imprisonment for violating the terms of his supervised release, to run consecutive to Davis's undischarged state sentence for robbery in the first degree. (Doc. No. 972.) According to federal and state records, Davis is still serving his state sentence and has not been transferred to federal custody. It is therefore not clear what sort of "writ" or "recommendation" he is seeking from the Court. To the extent Davis seeks to be resentenced, he must make that request expressly – and specify the grounds that entitle him to resentencing – in a written submission to the Court's Pro Se Office. To the extent Davis seeks some other form of relief, he must likewise file a submission with the Pro Se Office that explains the exact form of relief he is requesting.

　　Accordingly, Davis's requests are DENIED without prejudice. The Clerk of Court is respectfully directed to mail a copy of this order to Tyre Davis.

2

SO ORDERED.

Dated: March 29, 2024
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation