UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYRE DAVIS,

Defendant.

No. 14-cr-212 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On August 9, 2024, the Court entered an order (1) informing Defendant Tyre Davis that it was in receipt of his motion to "correct" the two-year sentence he received for violating the terms of his supervised release, and (2) directing Mr. Davis to advise the Court by September 12, 2024 "whether he wishes to amend or withdraw the Postconviction Motion or whether he instead wishes to proceed with the Postconviction Motion construed as a request for relief under [28 U.S.C. §] 2255." (Doc. No. 1095.)

To date, Mr. Davis has not made any submission in response to the Court's August 9, 2024 order. However, it has come to the Court's attention that the August 9, 2024 order was mailed to Mr. Davis at the Metropolitan Detention Center in Brooklyn – the address listed in his Postconviction Motion – and may have never been forwarded to his current facility, the Federal Correctional Institution at Ray Brook in Upstate New York. Although it is the petitioner's responsibility to apprise the Clerk's Office of any changes to his address, *see* Notice of Change of Address For *Pro Se* Litigants, https://www.nysd.uscourts.gov/node/823 (last visited November 1, 2024), the Court deems it prudent to given Mr. Davis an opportunity to respond to the Court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall mail a copy of this order and the August order at Doc. No. 1095 to Mr. Davis at Ray Brook. Mr. Davis' deadline to

respond to the Court's August 9, 2024 order is extended *nunc pro tunc* to December 1, 2024.

Mr. Davis is reminded that he must notify the Court of any change of address going forward.

SO ORDERED.

Dated:  November 1, 2024
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation